```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOHAMMED ANWARUL ISLAM, et al.,

                        Plaintiffs,              16-CV-02100 (PAC)(SN)

        -against-                                         ORDER

TRIBUTE HOSPITALITY GROUP, et al.,

                        Defendants.

-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

This case has been inactive for nearly one year. Plaintiffs represented on September 9, 2019, that they would not be seeking a default judgment against Defendants Tribute Hospitality Group LLC, Tribeca Canvas LLC, and Tribeca Canvas New Inc. See ECF No. 86. Accordingly, the Court recommends that District Judge Paul A. Crotty DISMISS these Defendants with prejudice.

On October 29, 2019, Plaintiffs indicated that they have obtained default judgments against Defendants D & E 313 LLC and Dennis Foy. See ECF No. 88. Plaintiffs are ORDERED to file a letter no later than October 27, 2020, indicating whether this case may be closed. If the case should not be closed, Plaintiffs should explain what further litigation is outstanding.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         October 21, 2020