```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 10/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Mohammed Anwarul Islam et al,

                    *Plaintiff*,

    *-against-*

Tribute Hospitality Group LLC et al,

                    *Defendants.*
-----------------------------------------------------------X

**16cv2100 (PAC)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that the Plaintiffs are currently attempting to collect from Defendants based on the default judgment, it is,

ORDERED, that the above-entitled action be and hereby is dismissed against Tribute Hospitality Group LLC, Tribeca Canvas New Inc, and Tribeca Canvas LLC, with prejudice and costs to either party. The Clerk of Court is directed to terminate the pending motions, deadlines, conferences, and this case.

Dated:  New York, New York
       October 27, 2020

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge